FILED
2005 Jul-05  AM 09:53
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JIMMY L. CHILTON, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| vs. ) | Case No. 2:03-cv-02002-WMA-HGD |
| ) | |
| UNUMPROVIDENT CORP., et al., ) | |
| ) | |
| Defendants ) | |

**O R D E R**

On June 1, 2005, the magistrate judge's report and recommendation was entered and the parties were allowed therein fifteen (15) days in which to file objections to the recommendations made by the magistrate judge. On June 16, 2005, plaintiff filed objections to the magistrate judge's report and recommendation. On June 29, 2005, defendants filed a response to plaintiff's objections.

After careful consideration of the record in this case, the magistrate judge's report and recommendation, the objections thereto and the response to the objections, the court hereby ADOPTS the report of the magistrate judge. The court further ACCEPTS the recommendations of the magistrate judge and it is, therefore,

ORDERED, ADJUDGED and DECREED that defendants' motion for summary judgment is due to be and hereby is GRANTED, and plaintiff's state law claims are DISMISSED WITHOUT PREJUDICE to the right to re-file a complaint stating claims under ERISA.

DONE this 5th day of July, 2005.

                                                        _____
                                                        **WILLIAM M. ACKER, JR.**
                                                        **UNITED STATES DISTRICT JUDGE**